AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JERMICHAEL PEARSON,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 125-131

AUGUSTA STATE MEDICAL PRISON,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered August 7, 2025, the Court adopts the Magistrate Judge's Report and Recommendation as its opinion and dismisses without prejudice this petition filed pursuant to 28 U.S.C. § 2241. The Court denies a Certificate of Appealability, and Petitioner is not entitled to appeal in forma pauperis. This case stands closed.



| 8/7/2025 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/2020